1  SYLVIA BUFANDA COURTNEY, SBN 85434
   4517 Largo Cantata
2  Las Vegas, Nevada 89135
   Telephone: (702) 240-2698
3  Facsimile: (702) 240-2697

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF BUSINESS REPRESENTATIVES; JIM HICKS; GENEVIEVE FIDALGO; JAVIER GARCIA; LUPE JUAREZ; RALPH RAMIREZ and JACK SMITH, | No. 1:06-CV-00841-OWW-DLB  STIPULATION AND ORDER EXTENDING TIME FOR FILING OF JOINT STATUS REPORT AND CONTINUING STATUS CONFERENCE |
| Plaintiffs, | Date: November 8, 2006 |
| v. | Time: 8:45 a.m. |
|  | Dept: Courtroom 5 |
| TEAMSTERS LOCAL UNION 948, | Hon. Oliver W. Wanger |
| Defendant. | |

The parties to the above-entitled action hereby stipulate and request the Court to approve an extension of time for filing of the Joint Status Report in the above entitled case and for a continuance of the Status Conference currently set for November 8, 2006 until December 13, 2006 at 8:45 a.m.

IT IS SO STIPULATED.

Dated:   November 6, 2006                     COURTNEY LAW OFFICES


                                              /s/ Sylvia Courtney
                                              SYLVIA COURTNEY
                                              Attorney for Defendant

Dated:   November 6, 2006                     WEINBERG, ROGER & ROSENFELD


                                              /s/David A. Rosenfeld
                                              DAVID A. ROSENFELD
                                              Attorney for Plaintiff

1  //

2  ORDER

4  Pursuant to the above amended stipulation of the parties, the deadline for filing the parties' Joint Status Report is continued pursuant to local rules and the Status Conference currently scheduled for November 8, 2006 is continued until December 13, 2006, at 8:45 a.m.

8  IT IS SO ORDERED.

9  **Dated:    November 7, 2006**          **/s/ Oliver W. Wanger**
   emm0d6                                   UNITED STATES DISTRICT JUDGE