DAVID A. ROSENFELD, SBN 58163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Defendant

SYLVIA BUFANDA COURTNEY, SBN 85434
4517 Largo Cantata
Las Vegas, NV 89135
Telephone (702) 240-2698
Facsimile (702) 240-2697

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF BUSINESS REPRESENTATIVES; JIM HICKS; GENEVIEVE FIDALGO; JAVIER GARCIA; LUPE JUAREZ; RALPH RAMIREZ; and, JACK SMITH<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL UNION, 948<br><br>Defendant. | **No.** 1:06-CV-00841-OWW DLB<br>Consolidated with 1:06-CV-1492 OWW DLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THIRD CLAIM FOR RELIEF** |
| TEAMSTERS LOCAL UNION, 948<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF BUSINESS REPRESENTATIVES,<br><br>Defendant. | |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PDF created with pdfFactory trial version www.pdffactory.com

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

It is hereby stipulated by and between the parties through their respective counsel that the third claim for relief in the first amended complaint shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: September 3, 2007

          WEINBERG, ROGER & ROSENFELD

          /s/David A. Rosenfeld
          DAVID A. ROSENFELD
          Attorney for Defendants

Dated: September 3, 2007

          COURTNEY LAW OFFICES

          /s/Sylvia Courtney
          Sylvia Bufanda Courtney
          Attorney for Plaintiffs

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___Sept. 18, 2007    /s/ OLIVER W. WANGER
             JUDGE OF THE UNITED STATES DISTRICT COURT

113392/467052

PDF created with pdfFactory trial version www.pdffactory.com