# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF BUSINESS REPRESENTATIVES; JIM HICKS; GENEVIEVE FIDALGO; JAVIER GARCIA; LUPE JUAREZ; RALPH RAMIREZ and JACK SMITH,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TEAMSTERS LOCAL UNION 948,<br><br>　　　　Defendant.<br>_____<br>TEAMSTERS LOCAL UNION 948,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL ASSOCIATION OF BUSINESS REPRESENTATIVES,<br><br>　　　　Defendants.<br>_____ | No.  1:06-CV-00841- OWW DLB<br>CONSOLIDATED WITH 1:06-CV-1492 OWW DLB<br><br>ORDER GRANTING NATIONAL ASSOCIATION OF BUSINESS REPRESENTATIVES (NABR)'S MOTION FOR SUMMARY JUDGMENT AND DENYING TEAMSTERS LOCAL UNION #948'S MOTION FOR SUMMARY JUDGMENT |

　　The motion of National Association of Business Representatives (NABR) for summary judgment, and the motion of Teamsters Local Union #928 for summary judgment came on regularly for hearing before this Court on October 1, 2007.  Sylvia Courtney appeared as attorney for National Association of Business Representatives (NABR) and Caren P. Sencer, Weinberg, Roger and Rosenfeld, appeared as attorney for Teamsters Local Union #948.  By prior stipulation of the parties

and order thereon, the claims of Plaintiffs Jim Hicks, Genevieve Fidalgo, Javier Garcia, Lupe Juarez, Ralph Ramirez and Jack Smith pursuant to the Third Claim for Relief for violation of the Labor Management Reporting and Disclosure Act (LMRDA), 29 U.S.C. Section 411, et seq., were dismissed.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, and consistent with its Memorandum Decision entered on October 3, 2007, IT IS HEREBY ORDERED that the motion of National Association of Business Representatives (NABR) for summary judgment is granted, and the motion of Teamsters Local Union #948 for summary judgment is denied.

Dated: October 20, 2007

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE